Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−10587−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos Olmos
   5215 Liberty Ave
   North Bergen, NJ 07047−3025

Social Security No.:
   xxx−xx−3000

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/13/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 13, 2019
JAN: zlh

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-10587-JKS
Carlos Olmos                                                            Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: May 13, 2019
                               Form ID: 148             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
```
db               Carlos Olmos,    5215 Liberty Ave,    North Bergen, NJ 07047-3025
517961767        Citibank/the Home Depot,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                  Saint Louis, MO 63179-0034
517961770        Fay Servicing LLC,    Attn: Bankruptcy,   440 S La Salle St Ste 2000,    Chicago, IL 60605-5011
517961771        Fay Servicing LLC,    3000 Kellway Dr Ste 150,    Carrollton, TX 75006-3357
518052824       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
518127901       +U.S. Bank National Association as Legal Title Trus,    c/o Fay Servicing, LLC,
                  3000 Kellway Drive, Suite 150,    Carrollton, TX 75006-3357
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:53     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518023440        EDI: RESURGENT.COM May 14 2019 03:23:00     CACV of Colorado, LLC c/o Resurgent Capital Servic,
                  PO Box 10587,   Greenville, SC 29603-0587
517961764        EDI: CAPITALONE.COM May 14 2019 03:23:00      Capital One,   15000 Capital One Dr,
                  Richmond, VA 23238-1119
517961763        EDI: CAPITALONE.COM May 14 2019 03:23:00      Capital One,   Attn: Bankruptcy,   PO Box 30285,
                  Salt Lake City, UT 84130-0285
517961765        EDI: CHASE.COM May 14 2019 03:23:00     Chase Card,   PO Box 15298,
                  Wilmington, DE 19850-5298
517961766        EDI: CHASE.COM May 14 2019 03:23:00     Chase Card Services,   Correspondence Dept,
                  PO Box 15298,   Wilmington, DE 19850-5298
517961768        EDI: DISCOVER.COM May 14 2019 03:23:00     Discover Fin Svcs LLC,   PO Box 15316,
                  Wilmington, DE 19850-5316
517961769        EDI: DISCOVER.COM May 14 2019 03:23:00     Discover Financial,   PO Box 3025,
                  New Albany, OH 43054-3025
517961772        E-mail/Text: bncnotices@becket-lee.com May 14 2019 00:03:53      Kohls/Capital One,
                  Kohls Credit,   PO Box 3120,   Milwaukee, WI 53201-3120
517961773        E-mail/Text: bncnotices@becket-lee.com May 14 2019 00:03:53      Kohls/capone,   PO Box 3115,
                  Milwaukee, WI 53201-3115
518101291        EDI: PRA.COM May 14 2019 03:23:00     Portfolio Recovery Associates, LLC,
                  c/o Synchrony Car Care,    POB 41067,   Norfolk VA 23541
517961774        EDI: PRA.COM May 14 2019 03:23:00     Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,
                  Norfolk, VA 23502-4952
517961775        EDI: RMSC.COM May 14 2019 03:23:00     Syncb/Car Care Syn Car,   C/o,   PO Box 965036,
                  Orlando, FL 32896-5036
517961776        EDI: RMSC.COM May 14 2019 03:23:00     Syncb/ccsycc,   Attn: Bankruptcy,   PO Box 965060,
                  Orlando, FL 32896-5060
517961781        EDI: TFSR.COM May 14 2019 03:23:00     Toyota Motor Credit Co,   Toyota Financial Services,
                  PO Box 8026,   Cedar Rapids, IA 52408-8026
517961777        EDI: WTRRNBANK.COM May 14 2019 03:23:00      Td Bank USA/Targetcred,   PO Box 673,
                  Minneapolis, MN 55440-0673
517961778        EDI: CITICORP.COM May 14 2019 03:23:00     Thd/Cbna,   PO Box 6497,
                  Sioux Falls, SD 57117-6497
517961779        EDI: WTRRNBANK.COM May 14 2019 03:23:00      Tnb-Visa (TV) / Target,
                  C/O Financial & Retail Services Mailstop,    PO Box 9475,   Minneapolis, MN 55440-9475
517961780        EDI: TFSR.COM May 14 2019 03:23:00     Toyota Motor Credit Co,   PO Box 9786,
                  Cedar Rapids, IA 52409-0004
518031055        EDI: BL-TOYOTA.COM May 14 2019 03:23:00     Toyota Motor Credit Corporation,
                  c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
                                                                                               TOTAL: 21
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: May 13, 2019
                               Form ID: 148             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Emmanuel J. Argentieri     on behalf of Creditor    U.S. Bank National Association as Legal Title
           Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Paul Anthony Figueroa, III    on behalf of Debtor Carlos  Olmos figueroa@focusedlaw.com,
           andres@focusedlaw.com;g35648@notify.cincompass.com;soltis@focusedlaw.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```